UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

Lisa A. Biron,

        Plaintiff,           **CERTIFICATE OF SERVICE**
                                            **BY U.S. MAIL**
   v.

Michael Carvajal, Director Federal Bureau of Prisons;
FCI Waseca Warden Mistelle Starr; Deanna Hiller,
FCI Waseca Unit Manager,

        Defendants.


      I hereby certify that on October 5, 2020, I caused the following documents:

**NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT; NOTICE OF FILING OF NOTICE OF REMOVAL; EXHIBITS 1-2; REMOVAL SERVICE LETTER TO WASECA COUNTY COURT ADMINISTRATOR; CIVIL COVER SHEET; CERTIFICATES OF SERVICE BY U.S. MAIL**

to be filed electronically with the Clerk of Court through ECF.

      I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Lisa A. Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093


                                                       *s/ Erin M. Secord*
                                                       ERIN M. SECORD
                                                       Assistant U.S. Attorney