UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-CV-2110 (WMW/ECW)

Lisa A. Biron,

       Plaintiff,

v.                           **NOTICE OF RELATED CASE**

Michael Carvajal, Director Federal Bureau of Prisons;
FCI Waseca Warden Mistelle Starr; Deanna Hiller,
FCI Waseca Unit Manager,

       Defendants.

The United States on behalf of Defendants, by and through Erica H. MacDonald, the United States Attorney for the District of Minnesota, and Erin M. Secord, Assistant United States Attorney, hereby notifies the Court of previously-filed cases, *Biron v. Sawyer, et al.*, 19-cv-057 (SRN/LIB) and *Biron v. Sawyer, et al.*, 19-cv-2938 (SRN/LIB) related to this action.

Dated: October 8, 2020

                                                  ERICA H. MacDONALD
                                                  United States Attorney

                                                  *s/ Erin M. Secord*
                                                  BY: ERIN M. SECORD
                                                  Assistant U.S. Attorney
                                                  Attorney ID No. 0391789
                                                  Email: erin.secord@usdoj.gov
                                                  600 U.S. Courthouse
                                                  300 South Fourth Street
                                                  Minneapolis, MN 55415
                                                  612-664-5600