Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED BY MAIL
OCT 14 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court
District of Minnesota
300 S. Fourth St., Ste 202
Minneapolis, MN 55415-9815

October 13, 2020

Re: Biron v. Carvajal, et al., 20-cv-2110-WMW-ECW

Dear Clerk:

I have enclosed, for filing with the Court, my First Amended Complaint. I am amending as a matter of course under Fed. R. Civ. P. 15(a) as the action was removed to this Court by the Defendants on October 5, 2020, and no responsive pleading has been filed. The amendment does not effect jurisdiction.

I am in receipt of Judge Wilhelmina M. Wright's Practice Pointers and Preferences. It appears the document makes no allowances for pro se inmate plaintiffs like myself as it refers only to filing motions on ECF. It seems the Practice Pointers is addressed to attorneys who, of course, use ECF. Would you please make Her Honor aware that I am a pro se inmate who cannot even get the Defendants to provide me access to a typewriter?

Thank you for your attention to this matter.

Sincerely
Lisa Biron
Lisa Biron

CC: AUSA Erin Secord

SCANNED
OCT 14 2020
U.S. DISTRICT COURT MPLS