## Certification

I hereby certify that a copy of this First Amended Complaint was served on the Defendants by mailing a copy of said document first class U.S. mail postage paid to their attorney AUSA Erin Secord 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

10/13/20
Date

Lisa Biron



RECEIVED BY MAIL
OCT 14 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
OCT 14 2020
U.S. DISTRICT COURT MPLS