Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

X-RAYED BY USMS

OCT - 9 2020

Clerk of Court
United States District Court
District of Minnesota
300 South Fourth St., Ste 202
Minneapolis, MN 55415-9815

SCANNED
OCT 14 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
OCT 14 2020
U.S. CLERK
DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0743

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected...

OCT - 9 2020