Lisa Biron
12715-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553
14 OCT 2020 PM 6 L

RECEIVED BY MAIL
U.S. DISTRICT COURT
CLERK
OCT 19 2020
MINNEAPOLIS, MINNESOTA

Clerk of Court
U.S. District Court for the
District of Minnesota
300 South Fourth St., Ste 202
Minneapolis, MN 55415-9815

SCANNED
OCT 19 2020
U.S. DISTRICT COURT MPLS