# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-3615
_____

Lisa A. Biron

Plaintiff - Appellant

v.

Michael D. Carvajal, Director Federal Bureau of Prisons, sued in their official capacity; FCI Waseca Warden Mistelle Starr, sued in their official capacity; Deanna Hiller, FCI Waseca Unit Manager; sued in her individual and official capacities

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-02110-WMW)

------

**JUDGMENT**

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 24, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans