# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 5, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Lisa A. Biron
v. Colette S. Peters, Director, Federal Bureau of Prisons, et al.
No. 22-5710
(Your No. 21-3615)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk